JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWA HYUN KIM,<br><br>        Plaintiff,<br><br>   vs.<br><br>GBC INTERNATIONAL BANK D/B/A GBC INTERNATIONAL BANK MONTEREY PARK; and DOES 1 through 10,<br><br>        Defendants. | **Case No.: 2:19-cv-05067 RGK (AGRx)**<br>Assigned to R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: February 21, 2020

_____
United States District Court Judge